UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
PATRICK A.T. JONES,                            )     No. C07-711RSL
                                               )
            Plaintiff,                         )     ORDER DENYING PLAINTIFF'S
    v.                                         )     MOTIONS FOR RECONSIDERATION
                                               )     AND OVERLENGTH BRIEF
WASHINGTON INTERSCHOLASTIC                     )
ACTIVITIES ASSOCIATION,                        )
                                               )
            Defendant.                         )
_____)

This matter comes before the Court on plaintiff's "Motion for Reconsideration" (Dkt. #23) and accompanying "Motion for Overlength Brief" (Dkt. #22). In his motion for reconsideration, plaintiff asks the Court to reconsider its "Order Denying Plaintiff's Motion for Mandatory Preliminary Injunction" (Dkt. #20). Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule 7(h)(1).

Plaintiff has failed to identify any manifest error in the Court's prior ruling or to produce new facts or legal authority that would change the Court's original analysis. Accordingly, plaintiff's motion for reconsideration (Dkt. #23) is DENIED and plaintiff's accompanying motion for overlength brief (Dkt. #22) is therefore DENIED AS MOOT.

ORDER DENYING PLAINTIFF'S MOTIONS FOR
RECONSIDERATION AND OVERLENGTH BRIEF

1   DATED this 13th day of September, 2007.

2

3

                         */s/ Robert S. Lasnik*

4                            Robert S. Lasnik
                         United States District Judge

ORDER DENYING PLAINTIFF'S MOTIONS FOR
RECONSIDERATION AND OVERLENGTH BRIEF -2-