**Hon. Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

| | |
|---|---|
| PATRICK A.T. JONES, individually; | Case No. C07-0711RSL |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT |
| WASHINGTON INTERSCHOLASTIC ACTIVITIES ASSOCIATION aka WIAA, a Washington nonprofit corporation, | |
| Defendant. | |

---

### I.   STIPULATION

Plaintiff, by and through his attorney of record, Marianne K. Jones of Jones Law Group, P.L.L.C., and Defendant, by and through its attorney of record, John R. Olson, hereby stipulate to a two-week continuance of the consideration of Defendant's Motion for Summary Judgment from November 30, 2007 to December 14, 2007, as well as all corresponding response and reply deadlines.

PAGE 1 – STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT

**IT IS SO STIPULATED:**

JONES LAW GROUP, PLLC

| /s/ Marianne K. Jones | /s/ John R. Olson |
|---|---|
| MARIANNE K. JONES, WSBA #21034 | JOHN R. OLSON, WSBA #17707 |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: 11/19/07 | Dated: 11/20/07 |

## II.   ORDER

Based on the foregoing stipulation between Plaintiff and Defendant,

IT IS HEREBY ORDERED that the consideration of Defendant's Motion for Summary Judgment is continued for a period of two weeks from November 30, 2007 to December 14, 2007, as well as all corresponding response and reply deadlines.

DATED this 26th day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

JONES LAW GROUP, PLLC

/s/ Marianne K. Jones
MARIANNE K. JONES, WSBA #21034
Attorney for Plaintiff

PAGE 2 – STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT

1

2    /s/ John R. Olson
3    JOHN R. OLSON, WSBA #17707
     Attorney for Defendant
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 3 – STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION
        FOR SUMMARY JUDGMENT